# United States Court of Appeals
## For the First Circuit

No. 17-9002

IN RE: KIMMY R. JACKSON, a/k/a Kimmy R. Jackson-Lupoli, a/k/a
Kimmy Lupoli,

Debtor.

KIMMY RENE JACKSON,

Appellant,

v.

ING BANK, FSB; CAPITAL ONE, N.A.; BANK OF AMERICA, N.A.; HARMON
LAW OFFICES, P.C.; PORTNOY & GREENE, P.C.,

Appellees.

ERRATA SHEET

The opinion of this Court issued on February 22, 2021, is amended as follows:

On page 8, line 8, "2018" is replaced with "2008"